RECEIVED
SEP 11 2017
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plaintiff(s),

Samantha Latraille
1045 Margaret St.
Saint Paul MN 55106

vs.

Turtle Mountain Chippewa tribe.
Belcourt, ND

Defendant(s).

Case No. 17cv4209 WMW/FLN
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES [X]   NO [ ]

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff Samantha Latraille
      Name
      
      Street Address 1045 Margaret St.
      
      County, City St. Paul MN 55106
      
      State & Zip Code
      
      Telephone Number [illegible]

SCANNED
SEP 11 2017
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1 *Turtle Mountain Chippewa tribe*

      Name

      Street Address *Belcourt ND*

      County, City

      State & Zip Code

   b. Defendant No. 2 *Roberta Zeimet*

      Name

      Street Address *North dakota USA*

      County, City

      State & Zip Code

   c. Defendant No. 3 *Danielle Latralle*

      Name

      Street Address *North Dakota*

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☐ Federal Question   ☑ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   North Dakota Turtle Mountain Chippewa tribe

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: Samantha Latraille   State of Citizenship: Minnesota

   Defendant No. 1: Roberta Zimet   State of Citizenship: North Dakota + St Paul Minnesota

   Defendant No. 2:   State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☑ Defendant(s) reside in Minnesota   ☐ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

The land deed for Roberta Latraille/zimet is by law my land because they are Frauds.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Return all land ownership and monetary paid out from the tribe

Signed this  9   day of  20 2017  11

Signature of Plaintiff  S. Yatraille

Mailing Address
1045 margaret St.
St Paul MN 55106   / Send 1st class
                    / Must show Id +
Telephone Number      Sign for +y

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5