UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Samantha Latraille, | Case No. 17-cv-4209 (WMW/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Turtle Mountain Chippewa Tribe, Roberta Zeimet, and Danielle Latraille, | |
| Defendants. | |

---

This matter is before the Court on the January 5, 2018 Report and Recommendation (R&R) of United States Magistrate Judge Franklin L. Noel. (Dkt. 4.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.  The January 5, 2018 R&R, (Dkt. 4), is **ADOPTED**;

2.  Plaintiff Samantha Latraille's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute; and

3.  Plaintiff Samantha Latraille's application to proceed in forma pauperis, (Dkt. 2), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 8, 2018

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge